**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANGEL AGUILAR,

        Plaintiff,

v.                                      Case No:  6:15-cv-577-Orl-40GJK

SANTANA PAINTING & CLEANING
SERVICES INC.,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Entry of Default Final Judgment (Doc. 11) filed on July 13, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 21, 2015 (Doc. 12), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Entry of Default Final Judgment (Doc. 11) is **GRANTED**.

3. The Clerk is **DIRECTRED** to enter judgment in favor of Plaintiff and against Defendant in the total amount of $9, 444.00.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on October 13, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2